SHAWN C. WESTRICK (SBN 235313)
KAWAHITO SHRAGA & WESTRICK LLP
swestrick@kswlawyers.com
1990 S. Bundy Dr., Ste. 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Facsimile: (310) 593-2520

Attorneys for Plaintiff
EFERON MUSGRAVES

Amanda C. Sommerfeld (SBN: 185052)
asommerfeld@winston.com
Katharine J. Liao (SBN: 255157)
kliao@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
KMART CORPORATION

**FILED**
CLERK, U.S. DISTRICT COURT
OCT 1 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFERON MUSGRAVES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00625 -GAF(JEMx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR PROTECTIVE ORDER |

It is hereby ORDERED that the parties' Protective Order is granted in accordance with the parties' Stipulation.

Dated: October 14, 2011

~~Honorable Gary A. Feess~~
~~United States District Court, Central District of~~
~~California~~
JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE