1  Amanda C. Sommerfeld (SBN: 185052)
   asommerfeld@winston.com
2  Katharine Liao (SBN: 255157)
   kliao@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
5  Facsimile:  (213) 615-1750

6  Attorneys for Defendant
   KMART CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| EFERON MUSGRAVES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00625 -GAF(JEMx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT KMART CORPORATION AND AGAINST PLAINTIFF EFERON MUSGRAVES<br><br>Judge:          Hon. Gary A. Feess<br>Hearing Date:  January 23, 2012<br>Time:           9:30 a.m.<br>Courtroom:      740<br><br>Filed concurrently herewith: (1) Notice of Motion and Motion for Summary Judgment; (2) Statement of Uncontroverted Facts and Conclusions of Law; (3) Declaration of Douglas Cleary; (4) Declaration of Robert Gregg Springhorn; (5) Declaration of Steve Debber; (6) Declaration of Amanda C. Sommerfeld; (7) Appendix of Non-Published Authorities; and (8) [Proposed] Order |

1  This action came on for hearing before the Court on January 23, 2012, the
2 Honorable Gary A. Feess, District Judge presiding, on Defendant Kmart
3 Corporation's Motion for Summary Judgment or, in the alternative, Partial Summary
4 Judgment against Plaintiff Eferon Musgraves.  The evidence presented having been
5 fully considered, the issues duly heard and decision duly rendered,
6  IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in
7 favor of Defendant Kmart Corporation and against Plaintiff Eferon Musgraves.

DATED: 8/20/12

_____
The Honorable Gary A. Feess
United States District Court Judge

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT KMART
CORPORATION AND AGAINST PLAINTIFF EFERON MUSGRAVES    Case No. 2:11-cv-00625 -GAF(JEMx)